

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

June 29, 2023



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__06/29/2023__

**MEMO ENDORSED**

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Gould v. Spine Media, LLC* 1:23-cv-02201 (VEC)

Dear Judge Caproni:

We represent Plaintiff Peter Gould in the above-captioned case. We write pursuant to section 2.C. of the Court's Individual Rules to respectfully request a 30-day extension of time of the deadline for Plaintiff to file dismissal papers (or otherwise re-open the case).

1) despite the parties' best efforts, the settlement transaction has yet to be consummated and therefore additional time is requested.

2) Original deadline is July 3, 2023 [Dkt. No. 29.

3) No previous requests for an extension have been made

4) Defendant Spine Media LLC consents to the requested relief.

5) The new proposed deadline is August 2, 2023

Respectfully Submitted,

s/jameshfreeman/
James H. Freeman

*Counsel for Plaintiff*

---

Application DENIED. On June 2, 2023, the Court dismissed the matter with prejudice. *See* Order, Dkt. 13. The Court instructed the parties that they could apply to reopen the case upon a showing of "good cause for holding the case open in light of the parties' settlement . . . ." *Id*. Failure to fully execute a settlement agreement does not constitute good cause.

SO ORDERED.

*[signature]*     06/29/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE